**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA 2006 MAR 17 PM 4: 35

DUBLIN DIVISION

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DEBRA L. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 304-115 |
| | ) | (Formerly CR 303-013) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**,

and a final judgment is **ENTERED** in favor of the Government.

SO ORDERED this 17 day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE